**Dwight EDWARDS and Bernice Edwards,
Plaintiff-Appellant-Cross-Respondent,**

**v.**

**CITY OF MANCHESTER, Mo.,
Defendant-Respondent-Cross-Appellant.**

**Nos. 49429, 49449.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 24, 1985.

Richard J. Burke, Jr., St. Louis, for plaintiff-appellant-cross-respondent.

Edwards S. Meyer, Laura B. Allen, St. Louis, for defendant-respondent-cross-appellant.

## ORDER

PER CURIAM.

Both parties appeal from a trial court judgment which denied plaintiffs equitable relief but awarded plaintiffs damages in the sum of $10,000. The judgment is affirmed. Rule 84.16(b).

**STATE of Missouri,
Plaintiff-Respondent,**

**v.**

**Larry KEEPER, Defendant-Appellant.**

**No. 49314.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 24, 1985.

Allen I. Harris, St. Louis, for defendant-appellant.

William L. Webster, John M. Morris, Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Appellant was found guilty by a jury of Illegal Sale of a Schedule II Controlled Substance (Phencyclidine) in violation of §§ 195.020, 195.200 RSMo. Supp.1984. He was committed to the Department of Corrections for a period of five years. He appeals from the judgment and sentence. An extended opinion would have no precedential value. The judgment is affirmed. Rule 30.25(b).